**RICHARD C. BOCK**
**SUITE 1003, PIONEER PLAZA BUILDING**
**100 NORTH STONE AVENUE**
**TUCSON, AZ  85701**
**(520) 792-4940**
**(520) 792-2139 (FAX)**
**lingemanbock@qwestoffice.net**

**ATTORNEY FOR DEFENDANT ANTONE**

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | **NO.** CR15-0429-CKJ-EJM |
| Plaintiff, ) | |
| ) | **MOTION TO CONTINUE** |
| VS. ) | **ADMIT DENY HEARING** |
| ) | |
| CARLOS HARRIS ANTONE, ) | **(NO OBJECTION)** |
| ) | |
| Defendant. ) | |
| _____) | |

It is expected that excludable delay pursuant to 18 U.S.C. 3161(h)(7)(A)  and (B)(iv) may result from the filing of this motion or an order based thereon.

COMES NOW attorney for the defendant, CARLOS HARRIS ANTONE, and respectfully moves this Court to continue the admit/deny hearing of March 23, 2020 at 10:00 a.m.  for a period of sixty days for the reason that additional time is needed within which to prepare.   The Assistant US attorney assigned the case, Robert Fellrath, has no objection.

RESPECTFULLY SUBMITTED this 10th day of March, 2020.

BY   /s/ RICHARD C. BOCK

Copy of the foregoing
delivered this date to:
Robert Fellrath
Assistant U.S. Attorney